1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICARDO BORDON,                          Case No. 1:18-cv-01500-DAD-JDP

12                  Plaintiff,                ORDER TRANSFERRING CASE TO THE
                                              SACRAMENTO DIVISION OF THE
13          v.                                EASTERN DISTRICT OF CALIFORNIA

14   D. SMILEY, *et al.*,

15                  Defendants.

16

17

18          Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought

19   under 42 U.S.C. § 1983.  In his complaint, ECF No. 1, plaintiff alleges that his civil rights were

20   violated at the Mule Creek State Prison in Amador County, which is part of the Sacramento

21   Division of the United States District Court for the Eastern District of California.  Therefore, the

22   complaint should have been filed in the Sacramento Division.

23          Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper

24   court may, on the court's own motion, be transferred to the proper court.  Accordingly, this action

25   is ordered transferred to the Sacramento Division.

26

27

28
                                                   1

IT IS SO ORDERED.

Dated:   July 29, 2019

UNITED STATES MAGISTRATE JUDGE

No. 205